# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF TENNESSEE, et al. <br> *Plaintiff* <br> v. <br> TRE HARGETT, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 3:19-385 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tre Hargett
Secretary of State
312 Rosa L. Parks Ave., 7th Fl.
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas H. Castelli
Mandy Floyd
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/09/2019

*Signature of Clerk or Deputy Clerk*

**RETURN COPY**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-385

Service accepted on behalf of Defendant McHargett
In official capacity only
this May 16, 19
Jonathan Skrmetti, Chief Deputy RD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: I personally served the summons and complaint on the office of the Attorney General and Reporter on behalf of their client Tre Hargett on May 16, 2019 at War Memorial Building, 301 6th Ave N., Nashville, TN 37243.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5/16/2019

Lauren Davis
*Server's signature*

Lauren Davis, Legal Program Coordinator
*Printed name and title*

ACLU-TN, PO Box 120160, Nashville, TN 37212
*Server's address*

Additional information regarding attempted service, etc:

RETURN COPY