IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS OF TENNESSEE, ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:19-cv-00385 |
| TRE HARGETT, ET AL., | ) ) ) | Judge Trauger |
| Defendants. | ) | |

**O R D E R**

Given the filing of an Amended Complaint (Docket No. 37), it is hereby ORDERED that the pending Motion to Dismiss (Docket No. 35) is DENIED as moot.

It is so **ORDERED**.

ENTER this 24th day of June 2019.

_____
ALETA A. TRAUGER
U.S. District Judge