IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEGUE OF WOMEN VOTERS OF TENNESSEE, ET AL., ) ) ) Plaintiffs, ) ) v. ) ) TRE HARGETT, *in his official capacity as* ) *Secretary of State of the state of Tennessee*, ET AL., ) ) Defendants. ) | Civil No. 3:19-cv-0385 Judge Trauger |

## **O R D E R**

Given the pendency of a new Motion to Dismiss (Docket No. 39), it is hereby

ORDERED that the initial case management conference scheduled for July 15, 2019 is

CONTINUED, to be reset if appropriate, after the disposition of this motion.

It is so **ORDERED.**

ENTER this 8th day of July 2019.

_____
ALETA A. TRAUGER
U.S. District Judge