# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF TENNESSEE, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> TRE HARGETT, *et al.* <br><br> *Defendants*. | Civil No. 3:19-cv-00385 <br><br> JUDGE TRAUGER |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to Local Rule 83.01(g), Urja Mittal hereby notifies this Court of her withdrawal as co-counsel of record for Plaintiffs. The undersigned counsel is leaving the Campaign Legal Center for a different employment opportunity. Counsel from the Campaign Legal Center, namely, Danielle Lang, will continue serving as an attorney of record for Plaintiffs.

Dated: August 2, 2019

Respectfully submitted,

*/s/ Urja Mittal*

Urja Mittal*
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel.: (202) 736-2200
umittal@campaignlegal.org

*/s/ Thomas H. Castelli*
Thomas H. Castelli, BPR#024849
Legal Director
Mandy Strickland Floyd, BPR#031123
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
Tel.: 615-320-7142

tcastelli@aclu-tn.org
mfloyd@aclu-tn.org

*Attorney for Plaintiffs*
*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on August 2, 2019 by operation of the Court's electronic filing system on the following:

Janet M. Kleinfelter
Alexander S. Rieger
Kelley L. Groover
Office of the Attorney General and Reporter
War Memorial Building, 3rd Floor
P.O. Box 20207
Nashville, TN 37202
(615) 741-2408
janet.kleinfelter@ag.tn.gov
alex.rieger@ag.tn.gov
kelley.groover@ag.tn.gov

*/s/ Thomas H. Castelli*
Thomas H. Castelli