UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, ) <br> LEAGUE OF WOMEN VOTERS ) <br> TENNESSEE EDUCATION FUND, ) <br> AMERICAN MUSLIM ADVISORY ) <br> COUNCIL, MID-SOUTH PEACE & ) <br> JUSTICE CENTER, ROCK THE VOTE, ) <br> MEMPHIS CENTRAL LABOR ) <br> COUNCIL, and HEADCOUNT, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> TRE HARGETT, in his official capacity ) <br> as Secretary of State of Tennessee, ) <br> MARK GOINS, in his official capacity ) <br> as Coordinator of Elections for the State ) <br> of Tennessee, the STATE ELECTION ) <br> COMMISSION, and DONNA BARRETT, ) <br> JUDY BLACKBURN, GREG DUCKETT, ) <br> MIKE MCDONALD, JIMMY WALLACE, ) <br> TOM WHEELER, and KENT YOUNCE, ) <br> in their official capacities as members of ) <br> the State Election Commission, ) <br> ) <br> **Defendants.** ) | Case No. 3:19-cv-00385 <br> Judge Aleta A. Trauger |

## ORDER

For the reasons explained in the accompanying Memorandum, the defendants' Motion to Dismiss (Docket No. 39) is hereby **DENIED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge