# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF TENNESSEE, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil No. 3:19-cv-00385 ) Judge Trauger |
| TRE HARGETT, ET AL., | ) ) |
| Defendants. | ) |

## O R D E R

It is hereby ORDERED that the initial case management conference in this case is hereby RESET for Monday, November 4, 2019 at 3:00 p.m.

It is so **ORDERED**.

ENTER this 16th day of October 2019.

_____
ALETA A. TRAUGER
U.S. District Judge